GERALD KOBLUK
PAINE, HAMBLEN, COFFIN,
    BROOKE & MILLER, LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000 phone
(509) 838-0007 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMTECH AHA CORPORATION, )<br>) <br>Plaintiff, )<br>)<br>vs. )<br>)<br>EFFICIENT CHANNEL CODING, )<br>INCORPORATED, )<br>)<br>Defendant. )<br>_____ ) | NO. CV-04-0307-LRS<br><br>STIPULATION AND ORDER<br>OF DISMISSAL WITHOUT<br>PREJUDICE |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled action should be dismissed due to the fact that the matter is currently being litigated in the United States District Court for the Northern District of Ohio, Eastern Division, Cause Number 1:04-CV-1607, and that an Order of Dismissal without prejudice may be entered without costs to any party.

　　　　DATED this _____ day of June, 2005.


PAINE, HAMBLEN, COFFIN,　　　　　　PRESTON, GATES & ELLIS, LLP
  BROOKE & MILLER LLP


By: _____　　By: _____
Gerald Kobluk, WSBA #22994　　　　　　Todd Reuter, WSBA #20859
Attorneys for Plaintiff　　　　　　　　　Attorneys for Defendant

# **ORDER**

Pursuant to the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed and the same is hereby dismissed without prejudice, and without costs to any party.

DONE IN OPEN COURT this 21st day of June, 2005.

*s/Lonny R. Suko*
_____
HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

PAINE, HAMBLEN, COFFIN,
 BROOKE & MILLER LLP


By:_____
   Gerald Kobluk, WSBA #22994
   Attorney for Plaintiff


COPY RECEIVED AND NOTICE OF
PRESENTMENT WAIVED:

_____
TODD REUTER, WSBA #20859
Attorney for Defendant